421 A.2d 215

**In re ESTATE of Benjamin F. RISHEL, Deceased.**

**Appeal of John R. EVANS, Administrator, C.T.A.**

Supreme Court of Pennsylvania.

Argued Oct. 1, 1980.

Decided Nov. 3, 1980.

Wray G. Zelt, III, Washington, for appellant.

James C. McCreight, Washington, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Washington County is affirmed. Each party to pay own costs.